# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

MATTHEW SEIBEL,                     Civil File No. 09-CV-02619-JWL-DJW

    Plaintiff,

vs.                                          **STIPULATION OF DISMISSAL**
                                                 **WITH PREJUDICE**

ENHANCED RECOVERY CORPORATION,

    Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff Matthew Seibel, and the defendant, Enhanced Recovery Corporation hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                     Respectfully submitted,

Dated: March 12, 2010                By /s/J. Mark Meinhardt
                                                    J. Mark Meinhardt
                                                    4707 College Boulevard, Suite 100
                                                    Leawood, KS 66211
                                                    (913) 451-9797
                                                    (913) 451-6163 (fax)
                                                    ATTORNEY FOR PLAINTIFF

Dated: March 12, 2010                By /s/Susan P. DeCoursey
                                                    Susan P. DeCoursey
                                                    Cohen McNeile & Pappas PC
                                                    4601 College Blvd., Suite 200
                                                    Leawood, KS 66211
                                                    (913) 491-4050
                                                    (913) 491-3059 (fax)
                                                    ATTORNEY FOR DEFENDANT